

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER TO FILE SUPPLEMENTAL CLERK'S RECORD

Appellate case name:      Steven Moody v. Spring Chrysler Dodge Jeep Ram Dealership Co., Auto Nation Corporation, John Doe No. 1 AKA "Big Al," John Doe No. 2, John Doe No. 3 and John Doe No. 4

Appellate case number:      01-14-00625-CV

Trial court:      133rd District Court of Harris County, Texas

Trial court case number:      2014-26991

On September 4, 2014, the Clerk of this Court requested that the trial clerk file a supplemental clerk's record, within 10 days, containing any order regarding appellees Spring Chrysler Dodge Jeep Ram Dealership Co.'s ("Spring Chrysler") and Auto Nation Corporation's ("Auto Nation") motions for severance. On September 25, 2014, appellees' counsel filed a letter informing the Clerk of this Court that the trial court had signed an order granting his severance motions which he believed made the summary judgment orders final because appellant had also sued several John Doe defendants. However, the trial clerk has yet to file any supplemental clerk's record.

In addition, on August 28, 2014, appellant filed a letter stating that he had filed an Affidavit of Indigency in the trial court on July 24, 2014. According to the trial clerk's website, the district clerk filed a contest on August 12, 2014, but no hearing has been scheduled and no order has been entered. *See* TEX. R. APP. P. 20.1(e), (i). Pursuant to Texas Rule of Appellate Procedure 20.1(i)(2)(B), the trial court is ordered to schedule a hearing regarding the contest to appellant's indigency affidavit or else sign an order extending the time for such a hearing **within 10 days of the date of this Order**.

Pursuant to Texas Rule of Appellate Procedure 34.5(c)(1), the trial clerk is directed to file a supplemental clerk's record containing both the order regarding appellees Spring Chrysler and Auto Nation's motion for severance and any order regarding the contest to appellant's Affidavit of Indigency. The supplemental clerk's record shall be filed with the Clerk of this Court **within 30 days of the date of this**

**Order**. The cost of preparing this record will be assessed as part of the costs of this appeal upon issuance of this Court's judgment.

It is so ORDERED.

Judge's signature:/s/ <u>Justice Evelyn V. Keyes</u>
⊠ Acting individually    ☐ Acting for the Court

Date:  October 30, 2014